UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

FRANGIE ESPINAL                              :       23-Cv-8386 (SHS)

                Plaintiff,                  :

    -against-                                    :       ORDER

STIHL INCORPORATED,                          :

                Defendant.                  :
----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        Plaintiff having filed a notice of settlement on November 14, 2023 [ECF Doc. No. 9],

        IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by then. The conference scheduled for November 29, 2023, is cancelled.

Dated: New York, New York
       November 15, 2023

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.